# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Gage G. Lowrie

CASE/CITATION NO. 3:19-mj-0017 DMC

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~CITY    STATE    ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 6-11-19

_____
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 3,000.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 3,025.00 within 180 days/~~months~~; ~~or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____ completed by _____
X Money seized at time of offense is forfeited.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO BOX ~~71363~~ 780549
~~PHILADELPHIA, PA 19176-1363~~
1-800-827-2982 San Antonio, TX
or                     78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322
(916) 930-4000

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-11-19

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                    EDCA-3